# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0325.  STARSHIP ENTERPRISES OF ATLANTA, INC. v. GWINNETT COUNTY, GEORGIA.**

Starship Enterprises of Atlanta, Inc. ("Starship"), filed a complaint for an injunction and declaratory judgment against Gwinnett County ("the County") in the superior court, seeking to prevent the enforcement of certain zoning ordinances.  The County then filed a counterclaim for a permanent injunction as well as a motion for summary judgment on its counterclaim, and Starship voluntarily dismissed its complaint.  The superior court granted the County's motion and its counterclaim, and Starship filed this application for discretionary appeal.[1]

The superior court's order is, however, directly appealable.  Under OCGA § 5-6-35 (a) (1), a discretionary application is required to appeal "decisions of the superior courts reviewing decisions of . . . state and local administrative agencies," but this provision applies only when the superior court order to be appealed actually reviews an agency decision, which is not the case here.  See *King v. City of Bainbridge*, 272 Ga. 427 (1) (531 SE2d 350) (2000).

Ordinarily, we will grant a timely application for discretionary appeal when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Starship,

---

[1] We previously transferred the application to the Supreme Court on the basis that jurisdiction may be proper there, but the Supreme Court returned it here.  See Case No. S18D0879 (returned Apr. 4, 2018).

however, has already filed a notice of appeal from the superior court's order. See Case No. A18A1492. Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* *05/16/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*